1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )  CASE Nos. 00-CR-0011 FCD
                                )            00-CR-0439 FCD
11              Plaintiff,      )
                                )  STIPULATION AND ORDER CONTINUING
12     v.                       )  DISPOSITION HEARING ON SUPERVISED
                                )  RELEASE VIOLATION
13 KHACKIK GEZVKARAYAN,         )
                                )  DATE:  November 13, 2006
14              Defendant.      )  TIME:  9:30 a.m.
   _____)  COURT: Hon. Frank C. Damrell, Jr.
15

16                            Stipulation

17      The parties, through undersigned counsel, stipulate that the

18 disposition hearing, presently scheduled for September 5, 2006, may

19 be continued to November 13, 2006, at 9:30 a.m.  The parties are

20 engaged in negotiations regarding the disposition and require

21 additional time to complete those negotiations.

22 DATED:  August 31, 2006            McGREGOR W. SCOTT
                                      United States Attorney
23

24                              by    /s/ Samantha S. Spangler
                                      Samantha S. Spangler
25                                    Assistant U.S. Attorney

26
   DATED:  August 31, 2006            /s/Samantha S. Spangler for
27                                    Garo Ghazarian
                                      Attorney for defendant
28                                    Khachik Gezvkarayan

                                 1

1                                    <u>Order</u>

2          Good cause appearing, the disposition hearing, presently

3    scheduled for September 5, 2006, is continued to November 13, 2006,

4    at 9:30 a.m.

5          IT IS SO ORDERED.

6    DATED: September 1, 2005.

7
                                      <u>/s Frank C. Damrell Jr.</u>
8                                     Frank C. Damrell, Judge
                                      United States District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2